AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NIELSEN, WILLIAM F. | USDC, ED OF WA | 04/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, SENIOR | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

aPOST OFFICE BOX 1493
SPOKANE, WASHINGTON 99210-1493

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Spokane YMCA Endowment Committee |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Margin Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WFN SP WOLF | | | | | | | | | |
| 2. Cash KMS | A | Interest | J | T | | | | | |
| 3. Advansix Inc. | | None | | | Donated | | | | |
| 4. Auto Data Proc. Com | B | Dividend | L | T | | | | | |
| 5. Berkshire Hath | | None | O | T | | | | | |
| 6. Eaton | B | Dividend | K | T | | | | | |
| 7. Green Brier | A | Dividend | | | Sold | 11/20/17 | J | A | |
| 8. Home Depot | C | Dividend | M | T | | | | | |
| 9. Honeywell Intl | C | Dividend | M | T | | | | | |
| 10. Illinois Tool Wks | A | Dividend | L | T | | | | | |
| 11. Intel Com | B | Dividend | L | T | | | | | |
| 12. Intuitive Surg | | None | M | T | | | | | |
| 13. Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 14. Stryker | A | Dividend | L | T | | | | | |
| 15. | | | | | | | | | |
| 16. WFN SP | | | | | | | | | |
| 17. Cash--Inland NW Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cash--Wash. Trust Bank | A | Interest | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. WFN SP83 | | | | | | | | | |
| 21. Alcoa | | None | J | T | | | | | |
| 22. Ameriprise Finc | A | Dividend | K | T | | | | | |
| 23. Apple | A | Dividend | K | T | Buy | 08/16/17 | K | | |
| 24. Arconic | A | Dividend | J | T | | | | | |
| 25. Berk Hathwy Com | | None | N | T | | | | | |
| 26. Caterpillar | A | Dividend | K | T | | | | | |
| 27. Chicago Bridge | A | Dividend | K | T | Buy | 06/14/17 | K | | |
| 28. Cisco | B | Dividend | K | T | | | | | |
| 29. Coca Cola | B | Dividend | K | T | | | | | |
| 30. Cognizant Tech | A | Dividend | K | T | | | | | |
| 31. Colgate Com | C | Dividend | M | T | | | | | |
| 32. Corning Inc. | A | Dividend | K | T | Buy | 08/28/17 | K | | |
| 33. Cypress Semi | A | Dividend | K | T | Buy | 11/14/17 | K | | |
| 34. Danaher Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Disney Com | C | Dividend | M | T | | | | | |
| 36. Eaton | A | Dividend | K | T | | | | | |
| 37. Encana Corp | A | Dividend | K | T | | | | | |
| 38. Fortive Corp | A | Dividend | J | T | | | | | |
| 39. Home Depot | C | Dividend | M | T | | | | | |
| 40. Illumina Inc. | | None | K | T | | | | | |
| 41. International Paper | B | Dividend | L | T | | | | | |
| 42. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 43. KKR | B | Dividend | | | Sold | 04/03/17 | K | C | |
| 44. Macy's | A | Dividend | K | T | Buy | 02/15/17 | K | | |
| 45. " " | A | Dividend | | | Sold | 05/24/17 | K | | |
| 46. Magna Int'l | A | Dividend | K | T | Buy | 06/09/17 | K | | |
| 47. McDonalds Corp | A | Dividend | L | T | | | | | |
| 48. McKesson Corp | A | Dividend | K | T | Buy | 11/30/17 | K | | |
| 49. Novo Nordisk ADR | A | Dividend | K | T | Buy | 01/11/17 | K | | |
| 50. NW Bancorp | | None | K | T | | | | | |
| 51. Oracle Corp. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pfizer | A | Dividend | K | T | | | | | |
| 53. Proctor & Gamble Co. | B | Dividend | L | T | | | | | |
| 54. Royal Dutch Shell | B | Dividend | K | T | Buy | 01/03/17 | K | | |
| 55. Schlum Berger | A | Dividend | J | T | | | | | |
| 56. Shire PLC ADR | A | Dividend | | | Sold | 02/12/17 | K | | |
| 57. Spirit Aerosystems | A | Dividend | K | T | | | | | |
| 58. Starbuck's | A | Dividend | K | T | | | | | |
| 59. S.W. Airlines Com | B | Dividend | M | T | | | | | |
| 60. 'Synchrony Finl | B | Dividend | K | T | Buy | 04/03/17 | K | | |
| 61. Taiwan Mfgr | A | Dividend | J | T | | | | | |
| 62. TJX Co., Inc. | A | Dividend | K | T | | | | | |
| 63. Target | A | Dividend | J | T | | | | | |
| 64. Tractor Supply | B | Dividend | L | T | | | | | |
| 65. Walgreen Co. | B | Dividend | L | T | | | | | |
| 66. Waters Corp. | | None | L | T | | | | | |
| 67. Wells Fargo & Co. | B | Dividend | L | T | | | | | |
| 68. Weyerhaeuser | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Zimmer Biomet | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 70. Zoetis | A | Dividend | | | Donated | | | | |
| 71. | | | | | | | | | |
| 72. WFN SPDRSEA | | | | | | | | | |
| 73. Bank of America | A | Dividend | J | T | | | | | |
| 74. Cash RBC Wealth Management | A | Interest | J | T | | | | | |
| 75. Chevron Corp. | A | Dividend | K | T | | | | | |
| 76. Dow Chem | A | Dividend | K | T | | | | | |
| 77. Dollar Tree | | None | K | T | | | | | |
| 78. Emerson Elec | A | Dividend | J | T | | | | | |
| 79. Entravision | A | Dividend | | | Donated | | | | |
| 80. Expedia | A | Dividend | J | T | | | | | |
| 81. Foot Locker | A | Dividend | | | Sold | 08/21/17 | J | A | |
| 82. Hanes Brands Inc. | A | Dividend | K | T | | | | | |
| 83. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 84. Merck | A | Dividend | | | Donated | | | | |
| 85. Norwegian Cruise Line | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oracle Corp Com | A | Dividend | K | T | | | | | |
| 87. Paccar | A | Dividend | K | T | | | | | |
| 88. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 89. Starbucks | A | Dividend | K | T | | | | | |
| 90. Tenneco | A | Dividend | J | T | | | | | |
| 91. Union Pacific | B | Dividend | L | T | | | | | |
| 92. Vmware | | None | J | T | Buy | 10/04/17 | J | | |
| 93. Weyerhauser | A | Dividend | K | T | | | | | |
| 94. Whirlpool | A | Dividend | K | T | | | | | |
| 95. | | | | | | | | | |
| 96. MSN SP | | | | | | | | | |
| 97. Cash--Washington Trust Bank | A | Interest | J | T | | | | | |
| 98. Cash--R.W. Baird | B | Interest | L | T | | | | | |
| 99. Abbott Lab | A | Dividend | J | T | | | | | |
| 100. Abbvie Inc. | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 101. Alphabet | | None | K | T | Buy | 05/11/17 | K | | |
| 102. Amazon | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American Funds-Income Fund of Amer | A | Dividend | | | Sold | 09/12/17 | K | B | |
| 104. Anheuser Busch | A | Dividend | K | T | Buy | 06/16/17 | K | | |
| 105. Berkshire Hath | | None | L | T | | | | | |
| 106. Caterpillar | A | Dividend | K | T | | | | | |
| 107. Cisco | A | Dividend | K | T | | | | | |
| 108. Costco | A | Dividend | K | T | | | | | |
| 109. CSX | A | Dividend | K | T | | | | | |
| 110. Cyprus Semi | A | Dividend | J | T | Buy | 11/22/17 | J | | |
| 111. Emerson Elec | A | Dividend | K | T | | | | | |
| 112. Exxon | A | Dividend | K | T | | | | | |
| 113. Ford | A | Dividend | | | Sold | 08/15/17 | J | | |
| 114. Gen Electric | A | Dividend | | | Sold | 08/15/17 | K | | |
| 115. Hanes Brand | A | Dividend | K | T | | | | | |
| 116. Home Depot | A | Dividend | L | T | | | | | |
| 117. Intel Corp. | A | Dividend | K | T | | | | | |
| 118. Johnson-Johnson | B | Dividend | K | T | | | | | |
| 119. JP Morgan | A | Dividend | K | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lockheed | A | Dividend | K | T | Buy | 06/16/17 | K | | |
| 121. McKesson | A | Dividend | K | T | Buy | 12/28/17 | K | | |
| 122. Medtronic | A | Dividend | K | T | | | | | |
| 123. Mondeleze Intl | A | Dividend | K | T | | | | | |
| 124. Nielsen Holdings | A | Dividend | J | T | Buy | 03/23/17 | J | | |
| 125. Nike | A | Dividend | | | Sold | 06/16/17 | K | | |
| 126. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 127. Qualcomm | B | Dividend | K | T | | | | | |
| 128. Schlumberger | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 129. Southwest Airlines | A | Dividend | K | T | | | | | |
| 130. Starbucks | A | Dividend | K | T | | | | | |
| 131. Stryker | A | Dividend | K | T | | | | | |
| 132. TEVA Pharm | A | Dividend | | | Sold | 04/04/17 | J | | |
| 133. TJX | A | Dividend | | | Sold | 04/04/17 | J | | |
| 134. Verizon | A | Dividend | K | T | | | | | |
| 135. Walgreen | A | Dividend | K | T | | | | | |
| 136. Waste Mgmt | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Weyerhauser | A | Dividend | K | T | | | | | |
| 138. | | | | | | | | | |
| 139. MSN SP R.W. Baird 4226 IRA | | | | | | | | | |
| 140. Cash-Washington Trust Bank 4226 | A | Interest | J | T | | | | | |
| 141. RW Baird Fund | B | Dividend | M | T | | | | | |
| 142. Wasatch Small Cap Fund | A | Dividend | | | Sold | 03/04/17 | J | A | |
| 143. Vanguard Funds-Extended Mkt VXF | A | Dividend | K | T | | | | | |
| 144. Vanguard Funds-Large Cap VV | A | Dividend | J | T | | | | | |
| 145. Vanguard Funds-Mega Cap Growth MGK | A | Dividend | K | T | | | | | |
| 146. Vanguard Funds-S&P 500 VOO | A | Dividend | K | T | | | | | |
| 147. Vanguard VWLUX | A | Dividend | K | T | Buy | 09/13/17 | K | | |
| 148. Vanguard Funds-Small Cap Value VBR | A | Dividend | J | T | | | | | |
| 149. Vanguard Funds-Total Stock Mkt VTI | A | Dividend | K | T | | | | | |
| 150. Vanguard Intl VTIAX | A | Dividend | L | T | Buy | 09/13/17 | K | | |
| 151. Vanguard Funds-Value VTV | A | Dividend | J | T | | | | | |
| 152. Vanguard VMLUX | A | Dividend | K | T | Buy | 09/13/17 | K | | |
| 153. Apple | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Berkshire Hathway | | None | J | T | | | | | Duplicate to Line 105 |
| 155. Illumina | | None | J | T | | | | | |
| 156. International Paper | A | Dividend | J | T | | | | | |
| 157. Johnson Control | A | Dividend | K | T | Buy | 02/08/17 | K | | |
| 158. Microsoft | A | Dividend | J | T | | | | | |
| 159. Netscout Systems | | None | | | Sold | 01/19/17 | J | | |
| 160. Old Dominion Frt | | None | J | T | | | | | |
| 161. Sherwin Williams | A | Dividend | K | T | | | | | |
| 162. Starbucks | A | Dividend | J | T | | | | | Duplicate to Line 130 |
| 163. Syncrony Fin | A | Dividend | J | T | Buy | 08/16/17 | J | | |
| 164. UPS | A | Dividend | J | T | | | | | |
| 165. Whirlpool | A | Dividend | J | T | | | | | |
| 166. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM F. NIELSEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544